| | |
|---|---|
| 1 | A. Barry Cappello (SBN 037835) |
| | abc@cappellonoel.com |
| 2 | Leila J. Noël (SBN 114307) |
| | lnoel@cappellonoel.com |
| 3 | Matthew H. Fisher (SBN 229532) |
| | mfisher@cappellonoel.com |
| 4 | CAPPELLO & NOËL LLP |
| | 831 State Street |
| 5 | Santa Barbara, California 93101 |
| | Telephone:  (805) 564-2444 |
| 6 | Facsimile:   (805) 965-5950 |
| 7 | Attorneys for Plaintiff |
| | MGA ENTERTAINMENT, INC., |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California Corporation, | Case No.:  CV11-04932 GW (RZx) |
| Plaintiff, | **DECLARATION OF ISAAC LARIAN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO (1) SET A SCHEDULE ON PLAINTIFF'S REQUEST FOR LIMITED DISCOVERY; AND (2) EXTEND THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS OR STAY MGA'S FIRST AMENDED COMPLAINT FOR FORUM NON CONVENIENS** |
| vs. | |
| DEUTSCHE BANK AG, a German Company; BARCLAYS BANK PLC, a British Corporation; CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, DBA CALYON, a French Public Limited Company; CAISSE REGIONALE DE CREDIT AGRICOLE DE FRANCHE COMPTE, a French Cooperative Company; COMMERZBANK AKTIENGESELLSCHAFT, a British Corporation; DEUTSCHE BANK LUXEMBOURG SA, a Luxembourger Company; SOCIETE GENERALE, a French Public Limited Company; and DOES 1 through 100, inclusive,, | |
| | Dept:    Courtroom 10 – Spring St. |
| | The Honorable George H. Wu |
| Defendants. | |

# DECLARATION OF ISAAC LARIAN

I, ISAAC LARIAN, declare as follows:

1. I am the CEO of MGA Entertainment, Inc., plaintiff in this action. I make this declaration in support of MGA's Ex Parte Application to Extend Briefing Schedule on Defendants' Motion to Dismiss or Stay MGA's First Amended Complaint for Forum Non Conveniens. I have personal knowledge of the facts set forth below, and if called upon to testify to the matters set forth herein, I could and would competently testify thereto.

2. MGA Entertainment is a toy company known for its production of the "Bratz" doll brand. MGA's offices are located in Van Nuys, CA.

3. I have read defendants' motion to dismiss the case based on forum non conveniens ("Motion"). The Motion contends that all conduct alleged the First Amended Complaint (including misrepresentations to MGA in connection with its acquisition of Smoby, SA ("Smoby")), took place in France.

4. This is incorrect. The sale of Smoby shares originally was offered to MGA in California. As described below, many of the subsequent negotiations were conducted from MGA's Van Nuys' office by phone calls, e-mail, and postal mail. I also personally negotiated with Smoby representatives, including Jean-Christophe Breuil, the CEO of Smoby, in Los Angeles and New York prior to the acquisition of the company, in which we discussed key parts of the acquisition deal. During the course of these ongoing, U.S.-based negotiations, Breuil concealed ongoing fraudulent and criminal activities at the company which materially reduced the value of Smoby, SA.

5. I also engaged in negotiations and meetings with the defendant Banks and their representatives regarding the Smoby debt, both before and after the Smoby

acquisition. Contrary to defendants' claim, a portion of these discussions and meetings were conducted from MGA's California offices and in New York. During these communications, none of the Banks – some of whom had longstanding relationships with Mr. Breuil – disclosed to me the ongoing fraudulent and criminal activity at Smoby.

U.S.-Based Contacts With Smoby And Its Representatives

6. By way of example, Mr. Breuil's initial solicitation of me to purchase securities in Smoby was at my office in Van Nuys, California. I subsequently entered into a series of negotiations and meetings with Mr. Breuil and his representatives from California. MGA eventually purchased the Smoby securities on May 11, 2007. My communications with Mr. Breuil, both verbal and in numerous e-mails regarding the proposed purchase, all occurred in English, as I do not speak French.

7. On or around April 13, 2007, I met with Mr. Breuil in New York to agree on certain terms for the transaction. On or around April 26, 2007, I and my staff met with Mr. Breuil and Smoby division head Loic Delorme in Los Angeles, California for further discussions and negotiations regarding the acquisition of Smoby shares.

8. On May 7, 2007, I exercised MGA's call option on the Smoby shares. I did so via a letter in English from MGA's Van Nuys, California office.

U.S.-Based Contacts With Banks And Their Representatives

9. In addition to my communications with Smoby representatives in the United States, I also negotiated with the defendant Banks, including through their U.S. representatives EOS Partners, Redwood Capital, and Avenue Capital, from my Van Nuys, California office.

DECLARATION OF ISAAC LARIAN                         CASE NO.:  CV11-04932 GW (RZX)

10012.003 - 190244.2

1  10. Deutsche Bank was represented to be the lead negotiator for all the
2  Banks. Again by way of example, in late March 2007, I was introduced by Stephane
3  Perche of Deutsche Bank to Didric Cederholm of New-York based EOS Partners
4  ("EOS") regarding acquisition of the Smoby debt as part of the securities purchase.
5  Mr. Perche told me EOS was Deutsche Bank's "partner" in the holding of Smoby
6  bank debt. A true and correct copy of this e-mail is attached hereto as Exhibit "A." I
7  subsequently met with Mr. Cederholm, as the bank's representative, in EOS' New
8  York offices on or around March 30, 2007 to discuss the acquisition.

9  11. After MGA acquired the Smoby securities, and its true financial state
10 began to come to light, I had further e-mail negotiations with the Banks from my
11 California office regarding the debt. True and correct copies of two of my e-mails, in
12 English, to Societe Generale and Commerzbank are attached hereto as Exhibit "B."

13 12. Despite the Banks' pre-acquisition withholding of material information
14 from MGA regarding the true state of Smoby's finances, after MGA's acquisition of
15 Smoby shares, the Banks aggressively postured to put Smoby into insolvency in late
16 2007. I then had extensive negotiations with the Banks and their representatives from
17 California in an effort to persuade the Banks to act in good faith, and not to drive
18 Smoby into bankruptcy after they previously had concealed the true state of Smoby's
19 financial affairs.

20 13. By way of example, in late 2007, after the acquisition of Smoby shares, I
21 received calls from Deutsche Bank in my California office regarding a potential deal.
22 I also entered into extensive negotiations with Mr. Cederholm and Ruben Kliksberg of
23 Redwood Capital on behalf of the defendant Banks. All of these post-acquisition
24 negotiations with Mr. Cederholm and Mr. Kliksberg took place in the United States
25 and all were in English.

26 14. The Banks ultimately rejected all of MGA's offers to avoid Smoby's
27 liquidation. Their September 27, 2007 letter, written in English, was sent to MGA's
28


Van Nuys, California office and was signed by Barclays Bank, Calyon, Commerzbank, Deutsche Bank and Societe Generale. A true and correct copy of the Banks' correspondence is attached hereto as Exhibit "G."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on August 22, 2011, at Rogers, Arkansas.

ISAAC LARIAN

# Matthew H. Fisher

| | |
|---|---|
| **From:** | Isaac Larian (President / CEO) |
| **Sent:** | Thursday, March 29, 2007 10:01 AM |
| **To:** | 'stephane.perche@db.com'; 'dcederholm@eospartners.com' |
| **Subject:** | Re: WG: RE: Smoby |

Stephen,

Thanks. Please let me have your mobile no again. I misplaced it.

Didrick, I will be in NJ tonight for any event.

I look forward to talking to you.


Best Regards,


Isaac Larian
CEO
"Fortune Favor the Bold"

MGA Entertainment
A Consumer Entertainment Product Company

16380 Roscoe Blvd
Van Nuys, CA 91406
www.bratz.com
Tel: 818 894-3150
Fax: 818 894-1267


-----Original Message-----
From: Stephane Perche <stephane.perche@db.com>
To: dcederholm@eospartners.com <dcederholm@eospartners.com>; Isaac Larian (President / CEO)
Sent: Thu Mar 29 09:29:34 2007
Subject: Fw: WG: RE: Smoby


Didric

Here are the details of Isaac Larian, Isaac will be in NY tomorrow and it would be good if you two could meet:

cell phone 818-326-6666.

Isaac Larian
CEO
MGA Entertainment, Inc
A Consumer Entertainment Product Co.
" Nothing fails like sucess because we don't learn from it. We learn only from failure." -Kenneth Boudling 16380 Roscoe Blvd. Suite 200 Van Nuys, California 91406
Tel: 818-894-3150
email: lariani1@mgae.com
fax: 818-894-1267

1

www.mgae.com
www.bratz.com
www.Littletikes.com
www.Miuchiz.com

Isaac,

Details for Didric are:
Eos Partners
Didric Cederholm
EOS Partners, L.P.
320 Park Avenue
dcederholm@eospartners.com
Phone: (212) 527-2550
Fax: (212) 832-5815
Cell: (917) 420-0884

Didric is our partner in the holding of Smoby bank debt.

Thanks

Stephane Perche


---

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

**From:** Askew, Mark [Mark.Askew@commerzbank.com]
**Sent:** Tuesday, June 05, 2007 10:48 AM
**To:** Isaac Larian (President / CEO)
**Subject:** RE: Smoby

Hi Isaac - there is no confusion among the bank group, the proposal was very clear:

New money: 100% of par in cash
Loan A & Berchet: 40% of par in cash
Loan B: Pay-down of EUR80mm cash (part received already), plus 40% of par on the residual amount of Loan B outstanding.

You may be seeing people arrive at different c/$ valuations for their positions depending on their respective split of New Money/A/B/Berchet.

In our case we hold a total of €17.4mm A + B only and your lawyer's proposal places a value of 50% of par on our position. You may be interested to know that we were shown a bid within a few cents of that level in the market today.

Kind regards

**Mark Askew**
**High Yield & Distressed Debt**
Commerzbank AG
60 Gracechurch Street
London EC3V 0HR
T: +44 (0)20 7469 3465
F: +44 (0)20 7645 7445
M: +44 (0)7867 550181
mark.askew@commerzbank.com

http://www.commerzbank.com

Commerzbank Aktiengesellschaft, Frankfurt am Main

Registered Office: Amtsgericht Frankfurt am Main (HRB 32000)

Chairman of the Supervisory Board: Martin Kohlhaussen
Board of Managing Directors: Klaus-Peter Müller (Chairman), Martin Blessing, Wolfgang Hartmann, Achim Kassow, Bernd Knobloch, Michael Reuther, Eric Strutz, Nicholas Teller

---

**From:** Isaac Larian (President / CEO) [mailto:LarianI1@mgae.com]
**Sent:** Tuesday, June 05, 2007 6:21 PM
**To:** Mark.Askew@commerzbank.com
**Subject:** Re: Smoby

Mark

There seems to be some confusion.

What did our lawyers offer?

Best Regards,

Isaac Larian
CEO

" Fortune favors the BOLD"
MGA ENTERTAINMENT
A Consumer Entertainment Produts Company
16380 Roscoe Blvd
Van Nuys, Ca. 91406
www.Bratz.com
Tel: 818 894-3150
Fax: 818 894-1267

-----Original Message-----
From: Askew, Mark <Mark.Askew@commerzbank.com>
To: Isaac Larian (President / CEO)
Sent: Tue Jun 05 10:03:20 2007
Subject: RE: Smoby

Hello Isaac - we were ready to accept the proposal that your lawyer had made to the group but what you now suggest falls well short of that level and so I am sure it will not surprise you to learn that it is not acceptable to us.

Kind regards
Mark Askew
High Yield & Distressed Debt
Commerzbank AG
60 Gracechurch Street
London EC3V 0HR
T: +44 (0)20 7469 3465
F: +44 (0)20 7645 7445
M: +44 (0)7867 550181
mark.askew@commerzbank.com

http://www.commerzbank.com <http://www.commerzbank.com/>
Commerzbank Aktiengesellschaft, Frankfurt am Main
Registered Office: Amtsgericht Frankfurt am Main (HRB 32000)
Chairman of the Supervisory Board: Martin Kohlhaussen
Board of Managing Directors: Klaus-Peter Müller (Chairman), Martin Blessing, Wolfgang Hartmann, Achim Kassow, Bernd Knobloch, Michael Reuther, Eric Strutz, Nicholas Teller

---

From: Isaac Larian (President / CEO) [mailto:LarianI1@mgae.com]
Sent: Tuesday, June 05, 2007 3:37 PM
To: Mark.Askew@commerzbank.com
Subject: Smoby

Dear Mark

I got news today that F07 EBITDA is negative €12.5 million vs what E&Y had projected of negative €5.5 million on March 19th.

The Smoby situation is much worst than we expected.

We can only offer ( today) to buy the loan that Commerz holds at 25% ( offer is valid till June 6, 5 p.m. LA time).

Please let me know asap.

**From:** VERROUST C ResoClt [Constance.Verroust@socgen.com]
**Sent:** Tuesday, June 05, 2007 6:52 AM
**To:** Isaac Larian (President / CEO)
**Subject:** RE: Smoby

Cher Monsieur,

Nous avons bien reçu votre message du 4 juin dernier et vous en remercions.

Nous avons lu avec attention la proposition que vous nous faites et sommes malheureusement au regret de ne pouvoir l'accepter.

Nous restons néanmoins disposés à examiner toute offre que vous feriez aux Etablissements Financiers, dans le cadre de réunions à intervenir en notre présence et celle du Conseil des Banques, Me Didier MALKA.

Veuillez agréer, Cher Monsieur, l'expression de mes salutations les meilleures.

Constance VERROUST
SOCIETE GENERALE
Affaires Spéciales
BDDF/RESO/CLT/SPE
Tel : 01 42 14 23 04
Fax : 01 58 98 84 35
Mob: 06 73 90 31 80
ail : Constance.Verroust@socgen.com

---

**De :** Isaac Larian (President / CEO) [mailto:LarianI1@mgae.com]
**Envoyé :** lundi 4 juin 2007 18:22
**À :** VERROUST C ResoClt
**Objet :** Smoby

Dear. Mrs Verroust,

I am writing to introduce myself and have a direct dialogue with Soccite General.

I understand that SG has about EU 100 million with Smoby.

The situation of Smoby is worst than we thought when we got involved.

The company will not make anywhere near what E&Y projected and in fact will loose more money at least till end 2008.

We would like to work with SG, if possible, for further restructuring of the financial needs of Smoby.

MGA would offer to buy SG loans to Smoby for 30% and this offer is only valid till 5 PM , June 5th , 2007 LA time.

We will offer substantially less than this to other banks.

I hope you can accept this and, I hope, SG will work with MGA in future for loan syndication in Europe in future.

Please advise.

Best Regards,

**Isaac Larian**

**CEO**

**" Even the best team,without a sound plan,can't score"-Woody Hayes**

**MGA Entertainment, Inc**

**A Consumer Entertainment Product Co.**

"

16380 Roscoe Blvd. Suite 200
Van Nuys, California 91406
Tel: 818-894-3150
email: lariani1@mgae.com
fax: 818-894-1267

www.mgae.com
www.bratz.com

www.Littletikes.com

www.Miuchiz.com

****************************************************************

IMPORTANT NOTICE: This e-mail message (including any attachments) constitutes non-public information intended to be conveyed only to specific recipients. It may contain information which is confidential, legally privileged and/or exempt from disclosure under applicable law. If you are not the intended recipient (or a party responsible for delivering this message to the intended recipient), you are hereby notified that you are NOT authorized to review, use, disclose, distribute or copy this communication in any way. If you have received this message in error, please permanently delete this e-mail and any copies from your computer system without delay. Please also notify the sender (or administrator@mgae.com) by return e-mail, and thereafter delete your reply. Thank you.
****************************************************************

========================================================

Ce message et toutes les pieces jointes (ci-apres le "message")
sont confidentiels et etablis a l'intention exclusive de ses destinataires.
Toute utilisation ou diffusion non autorisee est interdite.
Tout message electronique est susceptible d'alteration.
La SOCIETE GENERALE et ses filiales declinent toute responsabilite
au titre de ce message s'il a ete altere, deforme ou falsifie.

========================================================

| | |
|---|---|
| From: | Sophie Robert [sophie.robert@calyon.com] |
| Sent: | Thursday, September 27, 2007 8:48 AM |
| To: | Isaac Larian (President / CEO) |
| Cc: | philippe.druon@weil.com; brivals@santoni-paccioni.com; Christian.comastri@socgen.com; christian.vigot@socgen.com; constance.verroust@socgen.com; Hugues Auzepy; james.moylan@barcap.com; jan.zarzycki@db.com; Jean-Pierre Jacquier; Lionel.Laurant@barclayscapital.com; Marie-Laure Tuffal-Quidet; mark.askew@commerzbank.com; Michel Bauer; msantoni@santoni-paccioni.com; nicolas.verle@db.com; philippe.somme@socgen.com; sebastien.maurin@commerzbank.com; stephane.perche@db.com; Xavier Richard; fabienne.beuzit@weil.com; Didier Malka |
| Subject: | SMOBY / Letter to MGA Entertainment Inc dated 27th September 2007 |
| Attachments: | image002.png; image003.png; image003.png; image002.png; image003.png; image002.png; image001.jpg; Letter to MGA - 27 September 2007.pdf; ATT4483353.txt |

Dear Sir,

Please find enclosed a letter signed today by the banks to MGA Entertainment Inc.

Yours Faithfully,

**Sophie ROBERT**
Responsable Agency
Global Loan Syndication Group
ıaı Président Paul Doumer
:0 Paris La Défense
..: 33 1 41 89 38 01
Fax : 33 1 41 89 60 73
Mail : sophie.robert@calyon.com

Please consider the environment before printing this mail note

EXHIBIT C
Page 11

**Barclays Bank**
**Calyon**
**Commerzbank**
**Deutsche Bank**
**Société Générale**

>           **Mr. Isaac Larian**
>           MGA Entertainment Inc.
>           Corporate Office
>           16 380 Roscoe Blvd
>           VAN NUYS
>           CA 91406 USA
>
>           e-mail : larianI1@mgae.com
>
>           Paris, 27th September 2007

**Re : Smoby**

Dear Sir,

Your lawyer informed us last week of your decision (i) to reject the last proposal of the banks and (ii) to repay the 26.7 million euros bridge loan within 30 days from the approval of "the plan de sauvegarde" and to spread the repayment of the other bank debts over a period of 10 years.

Given this long-term timeframe, we are particularly concerned that MGA should comply with its written commitments made to the court appointed receivers and to the CIRI [the Finance Ministry] on the 5 April 2007 to fund the Smoby Group, namely :

- to carry out a share capital increase of 30 millions euros ;

- to grant a shareholder loan of 50 millions euros, pending the granting of trade credit insurance facilities.

We remind you that your commitments were not subject to any conditions precedent and had to be complied with « *simultaneously with the purchase of the Family shares* ».

We therefore request that you comply with these undertakings without delay.

Yours faithfully.


C.C. President of Commercial Court of Lons-le-Saunier
    Public Prosecutor of Commercial Court of Lons-le-Saunier
    CIRI, Mrs. Astrid Milsan
    Maître Philippe Jeannerot
    Maître Maurice Picard

EXHIBIT C
Page 12

_____
Barclays Bank

_____
Calyon

_____
Commerzbank

_____
Deutsche Bank

_____
Société Générale

EXHIBIT C
Page 13

_____
Barclays Bank

_____U. Michael____   _V. Tuffal_
Calyon   X. Richard     M.L. Tuffal

_____
Commerzbank

_____
Deutsche Bank

_____
Société Générale

EXHIBIT C
Page 14

Barclays Bank

Calyon

Commerzbank

Deutsche Bank

Société Générale

EXHIBIT C
Page 15

_____
Barclays Bank


_____
Calyon


_____
Commerzbank


_*[signature]*_____   _*[signature]*_____
Deutsche Bank                    Jan Zarzycki         Julian Nichols
                                 Director             Managing Director


_____
Société Générale

EXHIBIT C
Page 16

_____
Barclays Bank


_____
Calyon


_____
Commerzbank


_____
Deutsche Bank

*[signature]*
_____
Société Générale

EXHIBIT C
Page 17