1  SARAH L. REID (admitted pro hac vice)
   E-Mail: sreid@kelleydrye.com
2  DANIEL SCHIMMEL (admitted pro hac vice)
   E-Mail: dschimmel@kelleydrye.com
3  MARISA A. LORENZO (admitted pro hac vice)
   E-Mail: mlorenzo@kelleydrye.com
4  KELLEY DRYE & WARREN LLP
   101 Park Avenue
5  New York, New York 10178
   Telephone: (212) 808-7800
6  Facsimile: (212) 808-7897

7  LEE S. BRENNER (Bar No. 180235)
   E-Mail: lbrenner@kelleydrye.com
8  KELLEY DRYE & WARREN LLP
   10100 Santa Monica Boulevard, Suite 2300
9  Los Angeles, California 90067-4008
   Telephone: (310) 712-6100
10 Facsimile: (310) 712-6199

11 Attorneys for Defendant Crédit Agricole
   Corporate and Investment Bank
12

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AG, a German Company; BARCLAYS BANK PLC, a British Corporation; CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK DBA CALYON, French Public Limited Company CAISSE REGIONALE DE CREDIT AGRICOLE DE FRANCHE COMPETE, a French Cooperative Company; COMMERZBANK AKTIENGESELLSCHAFT, a British Corporation; DEUTSCHE BANK LUXEMBOURG SA, a Luxembourger Company; SOCIETE GENERALE a French Public Limited Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 11-04932 GW (RZx)<br><br>[Assigned to Hon. George H. Wu]<br><br>**DEFENDANT CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES RE MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>[Fed. R. Evid. 201]<br><br>*[Supplemental Memorandum of Points and Authorities and Appendix of French Authorities filed concurrently herewith]*<br><br>Complaint Filed: March 28, 2011<br><br>Date: February 23, 2012<br>Time: 8:30 a.m.<br>Place: Courtroom 10 – Spring Street |

297219.1.doc

DEFENDANT CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK'S REQUEST FOR JUDICIAL NOTICE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Crédit Agricole Corporate and Investment Bank ("Crédit Agricole"), formerly known as Calyon, by and through its counsel of record, and in support of its supplemental memorandum of points and authorities in further support of the motion to dismiss the Second Amended Complaint ("SAC") of Plaintiff MGA Entertaiment Inc. ("MGA") for Failure to State a Claim upon which Relief Can Be Granted (FRCP 12(b)(6)), respectfully submits this Request for Judicial Notice pursuant to Federal Rule of Evidence 201 and the case law cited herein. Crédit Agricole hereby requests that the Court take judicial notice of the following documents:

1. Judgment opening the French Safeguard Proceeding in the Commercial Court of Lons, dated March 19, 2007. An English translation, true and accurate copy of the French original, and a translation certification are attached hereto as Exhibit 1.

2. Public notification of the French Autorité des Marchés Financiers, the French financial markets regulator, dated May 25, 2007, publicly communicating, as required by French law, statements of MGA regarding its acquisition of control of Smoby. An English translation, true and accurate copy of the French original, and a translation certification are attached hereto as Exhibit 2.

3. Pleading filed by MGA in a French lawsuit in the Appellate Court of Besançon, dated December 2, 2010. An English translation, true and accurate copy of the French original, and a translation certification are attached hereto as Exhibit 3.

4. Judgment issued by Commercial Court of Lons, France, on October 3, 2008. An English translation, true and accurate copy of the French original, a true and accurate copy of the French courtesy copy, which is more legible, and a translation certification are attached hereto as Exhibit 4.

   5. Order from the Appellate Court of Besançon dismissing MGA's appeal, dated January 8, 2009. An English translation, true and accurate copy of the French original, and a translation certification are attached hereto as Exhibit 5.

   6. Complaint filed by MGA in the Court of First Instance of Paris on May 28, 2008. An English translation, true and accurate copy of the French original, and a translation certification are attached hereto as Exhibit 6.

   7. Judgment of the Commercial Court of Lons, France, concluding the first conciliation proceeding of Smoby, dated October 30, 2006. An English translation, true and accurate copy of the French original, and a translation certification are attached hereto as Exhibit 7.

Pursuant to Fed. R. Evid. 201(b), the Court may judicially notice a fact that is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Judicial notice may be taken "at any stage of the proceeding." Fed. R. Evid. 201(d). Courts will take judicial notice of documents in connection with motions to dismiss. *See, e.g., MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (judicially noticeable items may be considered when evaluating a 12(b)(6) motion).

This Court may take judicial notice of MGA's pleadings in the French lawsuits as well as the French judgments contained in Exhibits 1, 3-7. *See In re Toyota Motor Corp.*, No. 8:10ML 02151 JVS (FMOx), 2011 WL 6004569, at *2 (C.D. Cal. Nov. 30, 2011) (granting motion to dismiss); *Gabbanelli v. Gabbanelli*, 575 F.3d 693 (2d Cir. 2009); *Reyn's Pasta Bella, L.L.C. v. Visa U.S.A., Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (The court may take notice of "court filings and other matters of public record.") (affirming order of dismissal).

In addition, the Court may take judicial notice of the public securities filing made by the French Autorité des Marchés Financiers ("AMF"), which is the French equivalent of the United States Securities and Exchange Commission, Exhibit 2.

297219.1.doc

2

1  *See, e.g., Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (court may
2  take judicial notice of public documents).
3  / / /
4  DATED: December 23, 2011  KELLEY DRYE & WARREN LLP
   Sarah L. Reid
5  Daniel Schimmel
6  Lee S. Brenner

8  /s/ Daniel Schimmel
9  By    Daniel Schimmel
   Attorneys for Defendant Crédit Agricole
10  Corporate and Investment Bank

297219.1.doc

3