FILED

UNITED STATES COURT OF APPEALS

SEP 15 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>DEUTSCHE BANK AG, a German Company; et al.,<br><br>Defendants - Appellees. | No. 15-55318<br><br>D.C. No. 2:11-cv-04932-GW-RZ<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The parties' stipulation to voluntary dismissal of this appeal is granted. This case is dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

Each party is bear its own cost to the appeal.

        For the Court:

        MOLLY C. DWYER
        Clerk of the Court

        Linda K. King
        Deputy Clerk
        Ninth Cir. R. 27-7/Advisory Note to Rule 27
          and Ninth Circuit Rule 27-10

Lking 9.14.15/Pro Mo

Lking 9.14.15/Pro Mo